Attorney, Robert T. Myers, for
Plaintiff, Louise Herty

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge:   Charles R. Breyer |
| Louise Herty<br>                    **Plaintiff**<br>-versus-<br>Pfizer, Inc.<br>                    **Defendant** | C 06-3264-CRB<br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. LAE206-910** |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court, Northern District of California, MDL 1699 In re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation.

DATED: July 10, 2006        YOUNG RICHAUD & MYERS

                             By: _____
                                  ROBERT T. MYERS
                                  Attorney for Plaintiff, Louise Herty


DATED: July 17, 2006        GORDON & REES

                             By: _____
                                  STUART M. GORDON
                                  Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 18, 2006         _____
                                      HON. CHARLES R. BREYER
                                      United States District Court

